IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES of AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil No. **06-673-JPG** |
| **$20,000.00 U.S. CURRENCY, and** ) | |
| **$8,900.00 U. S. CURRENCY,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge**:

Upon consideration and for good cause shown, Plaintiff's Motion to Compel Answers to Interrogatories **(Doc. 20)** is **GRANTED**.

Claimant is ordered to answer plaintiff's interrogatories by **March 26, 2008.**

**IT IS SO ORDERED.**

**DATE: March 18, 2008.**

                                              **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **UNITED STATES MAGISTRATE JUDGE**