IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES of AMERICA,**      )
     )
     Plaintiff,      )
     )
v.      )
     )      Civil No. **06-673-JPG**
**$20,000.00U.S. CURRENCY, and**      )
**$8,900.00 U. S. CURRENCY,**      )
     )
     Defendants.      )

## ORDER

**PROUD, Magistrate Judge**:

Before the court is Plaintiff's Motion to Confirm That Certain Facts are Deemed Admitted. **(Doc. 18)**.

Plaintiff served requests for admissions of fact on claimant Glynn P. Greene by electronically filing same on August 10, 2007. **See, Doc. 17.** Local Rule 26.1(b) provides that both the requests and the responses thereto shall be filed with the court. The motion asserts that plaintiff did not receive any response to the requests. Claimant admits that he failed to file his responses with the court. **See, Doc. 22.** However, he represents that he mailed a copy of his responses to the plaintiff. A copy of the responses, with a certificate of service showing service on September 7, 2007, is attached to **Doc. 22 as Exhibit A**.

Plaintiff cites *Kalis v. Colgate-Palmolive Company*, **231 F.3d 1049 (7ᵗʰ Cir. 2000)**, and **Fed.R.Civ.P. 36** for the proposition that the matters contained in a request to admit are deemed admitted when a party fails to make a timely response. That rule is not applicable here, as claimant did make a timely response. The response was technically deficient in that it was not

1

electronically filed, but it was, according to the representation of claimant's attorney, mailed.

Upon consideration and for good cause shown, Plaintiff's Motion to Confirm That Certain Facts are Deemed Admitted **(Doc. 18)** is **DENIED**.

**Claimant is granted leave to electronically file his responses to plaintiff's requests for admissions of fact by March 26, 2008.**

**IT IS SO ORDERED.**

**DATE: March 18, 2008.**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**