UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 06-cv-673-JPG |
| $20,000.00 UNITED STATES CURRENCY and $8,900.00 UNITED STATES CURRENCY, | ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| GLYNN P. GREEN, | ) ) | |
| Claimant. | ) | |

## **JUDGMENT AND DECREE FOR FORFEITURE**

On the 31st day of August, 2006, a Verified Complaint for Forfeiture against the defendants, more further described as:

**$20,000.00 in United States Currency; and**
**$8,900.00 in United States Currency**

was filed on behalf of the plaintiff, United States of America.  The Complaint alleges that said currency constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, and money used to facilitate in violation of 21 U.S.C. § 801 *et seq.* and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the United States Marshal for this District seized said property on September 8, 2006;

That notice of this action was also published in the *Southern Illinoisan* for three consecutive weeks, beginning September 13, 2006;

That on July 11, 2007, Glynn P. Green filed an answer, and on July 12, 2007, Glynn P. Green filed a claim in this matter;

That no interested parties other than Glynn P. Green filed a claim or other responsive pleading in this matter and that all said interested parties are hereby found to be in default;

That on January 15, 2010, this Court noted that it would enter default judgment against Glynn P. Green for his failure to appear at a status conference on said date and for his failure to file, as directed by this Court's Order (Doc. 31) of December 10, 2009, his appearance either pro se or through new counsel;

That, upon motion by plaintiff, the Clerk of Court entered default on January 28, 2010;

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as:

**$20,000.00 in United States Currency; and**
**$8,900.00 in United States Currency**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.  The defendant property shall be disposed of according to law by the United States Marshal.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described above.

                                                        **NANCY ROSENSTENGEL**

**Dated: February 3, 2009**                          s/Donna Stull
                                                                     **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**